1  KEITH CHRESTIONSON (State Bar No. 130936)
   ALEX HERNAEZ (State Bar No. 201441)
2  TYREEN G. TORNER (State Bar No. 249980)
   FOX ROTHSCHILD LLP
3  235 Pine Street, Suite 1500
   San Francisco, CA 94104
4  Telephone:    (415) 364-5540
   Facsimile:    (415) 391-4436
5  Email:        kchrestionson@foxrothschild.com
                 ahernaez@foxrothschild.com
6                ttorner@foxrothschild.com

7  Attorneys for Defendant
   VENTYX INC.
8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12
   GARY HUNT, an individual,              Case No.: C 08 4383 VRW
13
                  Plaintiff,
14                                        **STIPULATION TO CONTINUE
          v.                              DISCOVERY CUTOFF; [PROPOSED]
15                                        ORDER**
   VENTYX, INC., a Delaware Corporation,
16 and Does 1 through 20 inclusive,
                                          Complaint Filed:  July 31, 2008
17                Defendants.             Trial Date:       January 5, 2010
                                          Judge:            Hon. Vaughn R. Walker
18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO CONTINUE DISCOVERY CUTOFF;            U.S.D.C Case No.: C 08 4383 VRW
[PROPOSED] ORDER

1   WHEREAS, the fact discovery cutoff is September 30, 2009;

2   WHEREAS, the parties agreed to stay discovery pending mediation;

3   WHEREAS, the parties were not successful in settling this action at the mediation
4   or during continued settlement discussions thereafter; and

5   WHEREAS, continuance of the fact discovery cutoff is necessary to allow the
6   parties to complete discovery;

7   IT IS HEREBY STIPULATED by and between the parties, Plaintiff GARY
8   HUNT and Defendant VENTYX, INC., through their respective attorneys of record herein, that
9   the fact discovery cutoff is continued to October 30, 2009.

DATED: September 24, 2009        FOX ROTHSCHILD LLP

By _____
Tyreen Torner
Attorneys for Defendant
VENTYX, INC.

DATED: September 24, 2009        VENARDI ELAM LLP

By _____
Mark L. Venardi, Esq.
Attorneys for Plaintiff
GARY HUNT

Having considered the stipulation and good cause appearing therefor, IT IS ORDERED that the fact discovery cutoff is continued to October 30, 2009.

DATED: 9/28/2009

_____
GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE DISCOVERY CUTOFF;   U.S.D.C Case No. C 08 4383 VRW
[PROPOSED] ORDER